RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Marquice Hockley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARQUICE HOCKLEY,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00117-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Marquice Hockley, that the Revocation Hearing currently scheduled on January 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense needs additional time to prepare for the hearing.
2. The defendant is in custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1   This is the second request for a continuance of the revocation hearing.

2   DATED this 17th day of December, 2024.

| RENE L. VALLADARES | JASON M. FRIERSON |
|---|---|
| Federal Public Defender | United States Attorney |
| | |
| By /s/ *Keisha K. Matthews* | By /s/ *Steven Rose* |
| KEISHA K. MATTHEWS | STEVEN ROSE |
| Assistant Federal Public Defender | Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARQUICE HOCKLEY,<br><br>  Defendant. | Case No. 2:17-cr-00117-JCM-CHW<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for January 8, 2025 at 10:30 a.m., be vacated and continued to March 10, 2025 at the hour of 10:00 a.m

    DATED December 18, 2024.

 

_____
UNITED STATES DISTRICT JUDGE

3