RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Marquice Hockley

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARQUICE HOCKLEY,<br><br>　　　　Defendant. | Case No. 2:17-cr-00117-JCM-CWH<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Marquice Hockley, that the Revocation Hearing currently scheduled on June 9, 2025, be vacated and continued to a date and time convenient to the Court for the week of November 3, 2025.

This Stipulation is entered into for the following reasons:

1.　Defense needs additional time to prepare for the hearing.

2.　The defendant is in custody and agrees with the need for the continuance.

3.　The parties agree to the continuance.

1. This is the fourth request for a continuance of the revocation hearing.
2. DATED this 5th day of June 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Steven Rose*<br>STEVEN ROSE<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>MARQUICE HOCKLEY,<br><br>   Defendant. | Case No. 2:17-cr-00117-JCM-CHW<br><br>**ORDER** |

  IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 9, 2025 at 10:00 a.m., be vacated and continued to **Monday, November 3, 2025,** at the hour of **10:00 a.m**

  DATED June 6, 2025.

                _____
                UNITED STATES DISTRICT JUDGE